Steve W. Berman (WSBA No. 12536)
Shayne C. Stevenson (WSBA No. 30843)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 268-9340
steve@hbsslaw.com
shaynes@hbsslaw.com

Daniel R. Miller (*pro hac vice* to be filed)
Jonathan Z. DeSantis (*pro hac vice* to be filed)
WALDEN MACHT & HARAN LLP
1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19102
Telephone: (212) 335-2030
dmiller@wmhlaw.com
jdesantis@wmhlaw.com

*Attorneys for Plaintiff-Relator*

FILED
LODGED
ENTERED
RECEIVED

AUG 08 2024  MH

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [FILED UNDER SEAL], <br><br> Plaintiffs-Relators, <br><br> v. <br><br> [FILED UNDER SEAL], <br><br> Defendants. | **FILED UNDER SEAL** <br><br> **DO NOT PLACE ON PACER** <br><br> **CIVIL ACTION NO.: 2:21-cv-00582-RSM** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**[FILED IN CAMERA AND UNDER SEAL]**

```
 1  Steve W. Berman (No. 12536)
    Shayne C. Stevenson (No. 30843)
 2  HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
 3  Seattle, WA 98101
    Telephone: (206) 268-9340
 4  steve@hbsslaw.com
 5  shaynes@hbsslaw.com

 6  Daniel R. Miller (*pro hac vice* to be filed)
    Jonathan Z. DeSantis (*pro hac vice* to be filed)
 7  WALDEN MACHT & HARAN LLP
    1500 Market Street, 12th Floor, East Tower
 8  Philadelphia, PA 19102
 9  Telephone: (212) 335-2030
    dmiller@wmhlaw.com
10  jdesantis@wmhlaw.com
```

FILED / LODGED / ENTERED / RECEIVED
AUG 08 2024 MH
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

*Attorneys for Plaintiff-Relator*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* EXPOSE HEALTHCARE FRAUD, LLP,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>BIOFRONTERA AG and BIOFRONTERA INC.<br><br>Defendants. | **FILED UNDER SEAL**<br><br>**DO NOT PLACE ON PACER**<br><br>CIVIL ACTION NO.:2:21-cv-00582-RSM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
006245-11/2706044 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff-Relator Expose Healthcare Fraud, LLP voluntarily dismisses this action under the federal False Claims Act ("FCA") without prejudice. The FCA provides that an "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). Counsel for the United States has authorized undersigned counsel for Plaintiff-Relator to represent that the United States consents to the dismissal of this action without prejudice and it is Relator's understanding that the United States will also file a notice of consent to voluntary dismissal.

DATED this 8th day of August, 2024.	Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By ___/s/ Steve W. Berman___
    Steve W. Berman (No. 12536)

By ___/s/ Shayne C. Stevenson___
    Shayne C. Stevenson (No. 30843)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 268-9340
steve@hbsslaw.com
shaynes@hbsslaw.com

Daniel R. Miller (*pro hac vice* to be filed)
Jonathan Z. DeSantis (*pro hac vice* to be filed)
**WALDEN MACHT & HARAN LLP**
1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19102
Telephone: (212) 335-2030
dmiller@wmhlaw.com
jdesantis@wmhlaw.com

*Attorneys for Plaintiff-Relator*

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL - 1
006245-11/2706044 V1



# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2024, the foregoing was served via email on the below counsel:

Kayla C. Stahman
US Attorney's Office, Western District of Washington
700 Stewart St., Ste. 5220
Seattle, WA 98101-4438
Phone: 206-553-4088
Email: kayla.stahman@usdoj.gov

Maggie Thomas
Trial Attorney, U.S. Department of Justice
Civil Division, Commercial Litigation Branch, Fraud Section
Tel: (202) 305-9252
Cell: (202) 735-7518
margaret.thomas@usdoj.gov

By    */s/ Shayne C. Stevenson*
       Shayne C. Stevenson (No. 30843)

