FILED ____ ENTERED
LODGED ____ RECEIVED

AUG 09 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Expose Healthcare Fraud, LLP,<br><br>Plaintiff,<br><br>v.<br><br>BIOFRONTERA AG and BIOFRONTERA INC.,<br><br>Defendants. | CASE NO. 21-CV-00582-RSM<br><br>**FILED UNDER SEAL**<br><br>Noted for Consideration on: August 9, 2024 |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On August 8, 2024, Relator Expose Healthcare Fraud, LLP filed a Notice of Voluntary Dismissal Without Prejudice of this *qui tam* action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

NOTICE OF CONSENT TO DISMISSAL - 1
CASE NO. 21-CV-00582-RSM
**FILED UNDER SEAL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

A proposed Order of Dismissal accompanies this Notice.

DATED this 9th day of August, 2024.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TESSA M. GORMAN
United States Attorney

*/s/ Rick S. Cora*, WSBA #31767
/s/ KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: kayla.stahman@usdoj.gov

JAMIE ANN YAVELBERG
COLIN HUNTLEY
MARGARET THOMAS
United States Department of Justice
Civil Division, Fraud Section
175 N Street, NE
Room 9.1807
Washington, DC 20002
Tel: (202) 305-3671

*Attorneys for the United States*

I certify that this memorandum contains 105 words, in compliance with the Local Civil Rules.

NOTICE OF CONSENT TO DISMISSAL - 2
CASE NO. 21-CV-00582-RSM
**FILED UNDER SEAL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970