The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Expose Healthcare Fraud, LLP,<br><br>Plaintiff,<br><br>v.<br><br>BIOFRONTERA AG and BIOFRONTERA INC.,<br><br>Defendants. | CASE NO. 21-CV-00582-RSM<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The Court, having considered Relator's Notice of Voluntary Dismissal Without Prejudice and the United States' Notice of Consent to Dismissal, pursuant to 31 U.S.C. § 3730(b)(1), hereby ORDERS:

1. The Complaint, this Order, and all other filings in this action shall be unsealed; and

ORDER - 1
CASE NO. 21-CV-00582-RSM
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. This action is dismissed without prejudice as to Relator Expose Healthcare Fraud LLP and as to the United States.

DATED this 13th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-4067
Email:  kayla.stahman@usdoj.gov

ORDER - 2
CASE NO. 21-CV-00582-RSM
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970